FEBRUARY 4, 1976

KOZIOL v KELVINATOR, INC. (Docket Nos. 55968, 55969.) Leave to appeal is considered and, it appearing to this Court that the cases of *General Motors Corporation v Erves,* 395 Mich 604, and *Ford Motor Company v Jackson,* 395 Mich 578, are presently pending on rehearing before this Court and that the decisions in those cases may be decisive of the issues raised in the present application for leave to appeal, it is ordered that the present application be held in abeyance pending rehearing and decision in *General Motors Corporation v Erves* and *Ford Motor Company v Jackson. John A. Fillion* and *Jordan Rossen* for plaintiffs-appellants. *Squire, Sanders & Dempsey* and *Warner, Norcross & Judd* for defendants-appellees. Reported below: 52 Mich App 391.

IN THE MATTER OF GRUENBURG. (Docket No. 57848.) The motions by respondent, for relief from this Court's order of January 29, 1976 (396 Mich 951), and for extension of time to answer an amended complaint pending before the Judicial Tenure Commission are considered and the same hereby are denied. This action is without prejudice to respondent seeking an extension of time to answer the pending amended complaint, by appropriate motion addressed to the Judicial Tenure Commission pursuant to GCR 1963, 932.18. *Joseph L. Sulek* for respondent.

FEBRUARY 5, 1976

IN THE MATTER OF GRUENBURG. (Docket No. 57848.) The request for appointment of master, filed by the Judicial Tenure Commission pursuant to GCR 1963, 932.10(b), is considered, and the same is hereby granted. The Honorable Raymond W. Fox, Kalamazoo Circuit Judge, is hereby appointed as master for proceedings pursuant to GCR 1963, 932. *Brian J. McMahon,* Executive Director and General Counsel, Michigan Judicial Tenure Commission, petitioner.

FEBRUARY 9, 1976

IN THE MATTER OF THE PROPOSED AMENDMENT OF GCR 1963, 797. On order of the Court, notice is hereby given pursuant to GCR 1963, 933, that the Supreme Court is considering the following proposal as an amendment to GCR 1963, 797 (new matter in italics):